### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-cv-1135 ) ) |
| BONANZA, INC. | ) ) |
| Defendant. | ) ) ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that on the date this case was filed that Bonanza, Inc., was not and is not the owner or tenant of the subject property, and the above-captioned matter is hereby dismissed.

Dated: June 15, 2015

| | |
|---|---|
| s/ Pete M. Monismith | s/ David P. Calvert |
| Pete M. Monismith | David P. Calvert, P.A. |
| Attorney for Plaintiff | Attorney for Defendant |
| Kansas Bar No.: 26379 | Kansas Bar No.: 06628 |
| 3945 Forbes Ave., #175 | 532 N. Market Street |
| Pittsburgh, PA 15213 | Wichita, Kansas 67214 |
| (724)-610-1881 - Telephone | (316)-269-9055 - Telephone |
| (412)-258-1309 – Facsimile | (316)-269-0440 - Facsimile |
| Pete@monismithlaw.com | lawdpc@swbell.net. |

1